**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLAINE HARRINGTON,<br>7533 South Overlook Way<br>Littleton, CO 80128<br><br>Plaintiff,<br><br>v.<br><br>WEDDING SALON LTD.,<br>535 Eighth Avenue, 3rd Floor<br>New York, NY 10018<br><br>Defendant. | Civil Action No.:<br><br>COMPLAINT AND JURY DEMAND |

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, BLAINE HARRINGTON ("Plaintiff"), brings this complaint in the United States District Court for the District of Columbia against WEDDING SALON LTD. ("Defendant"), alleging as follows:

PARTIES

1. Plaintiff is an experienced, commercial travel and location photographer. Plaintiff has worked as a commercial photographer for over forty years, including most major news, business, and travel magazines throughout the world, as well as traveled to over seventy countries. Plaintiff was chosen as the Society of American Travel Writer Travel Photographer of the Year in 2005 and 2006. Plaintiff resides in Littleton, Colorado.

2. On information and belief, Defendant is a Domestic Business Corporation existing under the laws of the State of New York, with headquarters in the New York, New York. Defendant regularly organizes and hosts “Wedding Salon Luxury Showcases” at locations throughout the United States, including the District of Columbia.[1] The showcases are events for engaged couples, celebrities, socialites, and industry professionals, and feature examples of lavish florals, live wedding entertainment, elegantly decorated reception tables, stunning fashion previews, decadent table decor, and wedding sweets for sampling.[2]

## JURISDICTION AND VENUE

1. This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).
2. This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).
3. This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that Defendant is deemed to reside in the District of Columbia because Defendant: (1) directed electronic activity into the State (District); (2) with the manifested intent of engaging in business or other interactions within the State (District); and (3) that activity created, in a person within the State (District), a potential cause of action cognizable in the State’s (District’s) courts.

---

[1] www.weddingsalon.com

[2] Id.

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

4. Plaintiff captured the photograph, "20060306_fiji_0288.jpg" ("Copyrighted Photograph") on March 7, 2006 on Tokoriki Island, Fiji. Exhibit A.
5. Plaintiff registered Copyrighted Photograph with the United States Copyright Office on April 26, 2011 (Registration No.: VA 1-775-610). Exhibit B.
6. Plaintiff published the Copyrighted Photograph on www.blaineharrington.photoshelter.com (last visited: Apr. 10, 2017) on or about April 19, 2011. Exhibit C.
7. Beginning on or about May 22, 2013, Defendant copied and posted the Copyrighted Photograph to the company's commercial website, www.weddingsalon.com, as part of the "Tat's Picks" feature on the Defendant's "Blog." Exhibit D.
8. The Copyrighted Photograph was posted to the following URLs:
   - www.weddingsalon.com/blog/index.php/topics/tats-picks/page/34 (last visited June 7, 2016)
   - www.weddingsalon.com/blog/index.php/2013/05/22/go-to-paradise/483833_505680986160638_1581769367_n/ (last visited June 7, 2016)
9. Defendant attached active social media links immediately below the feature referenced above, including: Facebook, Pintrest, Twitter, and Linkedin.

## COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. §101 ET SEQ.

10. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

11. Plaintiff is, and at all relevant times has been, the copyright owner or licensees of exclusive rights under United States copyright with respect to certain copyrighted photograph, including but not limited to the Copyrighted Photograph, which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights. The date of registration for Copyrighted Photograph is within three months of the initial publication of the work on www.blaineharrington.photoshelter.com.

12. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Photograph and to distribute the Copyrighted Photograph to the public.

13. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, has used the Copyrighted Photograph on Defendant's public website, www.weddingsalon.com. In doing so, Defendant violated Plaintiff's exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiff's copyrights and exclusive rights under copyright.

14. Plaintiff is informed and believes that the foregoing act of infringement was willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

15. As a result of Defendant's infringement of Plaintiff's copyrights and exclusive rights under copyright, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendant's infringement of the Copyrighted Photograph. Plaintiff is further entitled to their attorney's fees and costs pursuant to 17 U.S.C. § 505.

## COUNT II: CONTRIBUTORY INFRINGEMENT

16. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, knowingly made available and encouraged the copying of the Copyrighted Photograph.
17. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, had knowledge or reason to know of such contributory infringement.
18. As a result of Defendant's actions, Plaintiff is entitled to statutory damages or such other and further relief as is just and proper.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Declaring that Defendant's unauthorized conduct violates Plaintiff's rights under the Federal Copyright Act;

B. Immediately and permanently enjoining Defendant, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing Plaintiff's Copyrighted Photograph without consent or otherwise infringing Plaintiff's copyright or other rights in any manner;

C. Ordering Defendant to account to Plaintiff for all gains, profits, and advantages derived by Defendant by their infringement of Plaintiff's copyright or such damages as are proper, and since Defendant intentionally infringed Plaintiff's copyright, for the maximum allowable statutory damages for each violation;

D. Awarding Plaintiff actual and/or statutory damages for Defendant's copyright infringement in an amount to be determined at trial;

E. Awarding Plaintiff his costs, reasonable attorney's fees, and disbursements in this action, pursuant to 17 U.S.C. § 505; and

F. Awarding Plaintiff such other and further relief as is just and proper.

JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: April 21, 2017

_____/s/____*David C. Deal*____________
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone
888-965-8083, Facsimile
*Attorney for Plaintiff*

EXHIBIT A



EXHIBIT B

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**

VA 1-775-610

**Effective date of registration:**

April 26, 2011

## Title

**Title of Work:** Blaine Harrington III Worldwide Travel Photography

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** April 24, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Blaine G Harrington III, dba Blaine Harrington Photography

**Author Created:** text, photograph(s)

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

**Year Born:** 1954

## Copyright claimant

**Copyright Claimant:** Blaine G Harrington III, dba Blaine Harrington Photography

7533 South Overlook Way, Littleton, CO, 80128, United States

## Rights and Permissions

**Organization Name:** Blaine Harrington Photography

**Name:** Blaine G Harrington III

**Email:** blaine@blaineharrington.com **Telephone:** 303-932-9062

**Address:** 7533 South Overlook Way

Littleton, CO 80128 United States

## Certification

**Name:** Blaine G. Harrington III

**Date:** April 26, 2011

Page 1 of 2

EXHIBIT C


blaineharrington.photoshelter.com
MY ACCOUNT
CART
Blaine Harrington
PHOTOGRAPHY
GALLERIES
SEARCH
ABOUT
CONTACT
LIGHTBOX
SHARE
Download
Add to Lightbox
Buy Image
20060306_fiji_0288.jpg
Image 1 of 1
Couple enjoying view from infinity pool, Tokoriki Island Resort, Fiji Islands
VIEW THIS IMAGE'S GALLERIES: Fiji
KEYWORDS:
Couple
Couples
Fiji
Fiji Islands
Honeymoon
Hotel
Infinity Pool
Island
Islands

EXHIBIT D




weddingsalon.com
weddingsalon
Welcome | Newsletter Signup | Contact Us
Search
HOME UPCOMING SHOWS COUPLES EXHIBITORS ABOUT US TOP VENDORS HONEYMOONS BLOG
tat's tips
tie up your loose ends before you tie the knot
weddingsalon
THE BRIDAL EVENT OF THE YEAR
LOS ANGELES • NEW YORK CITY • MIAMI • WASHINGTON DC • CHICAGO
FOR MORE DETAILS VISIT WWW.WEDDINGSALON.COM
Go To Paradise »
483833_505680986160638_1581769367_n
May 15th, 2013 | Category:
Leave a Reply
Name
Mail (will not be published)